UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 172.113.166.228,<br><br>　　　　　Defendant. | Case No.: 8:19-cv-00148-TJH-SP<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT [14]** |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until July 27, 2019 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated: April 26, 2019

_____
**United States District Judge**
Hon. Terry J. Hatter, Jr.

1

Order on *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

Case No. 8:19-cv-00148-TJH-SP